# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; JOTI APPLEE DHILLON, an individual; and DOES 1-50, unknown individuals and entities,<br><br>Defendants. | CIVIL ACTION<br>FILE NO: 1:23-cv-05175-AT<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Civil Local Rule 3.3, Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (collectively, "Plaintiffs") hereby respectfully submit their Certificate of Interested Persons and Corporate Disclosure Statement.

**1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and

1

any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- Plaintiff Amazon.com, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

- Plaintiff Amazon.com Services LLC is a wholly owned indirect subsidiary of parent company Amazon.com, Inc. Amazon.com Services LLC has no other publicly held corporation that owns 10% or more of its membership interests.

- Plaintiff Amazon Technologies, Inc. is a wholly owned indirect subsidiary of parent company Amzon.com, Inc. Amazon Technologies, Inc. has no other publicly held corporation that owns 10% of more of its membership interests.

- Defendant Digital Home Solutions LLC

- Defendant Joti Applee Dhillon

The undersigned counsel lacks knowledge regarding whether Defendant Digital Home Solutions LLC has a parent corporation, or whether any publicly held corporation owns 10% or more of its stock. Such information is in the possession of Defendants.

**2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- N/A

**3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

### For Plaintiffs

- Craig Kunkes, Michael Forrest, Bonnie MacNaughton, Jaime Drozd, and David Nordlinger.

Respectfully submitted, this 14th day of November 2023.

ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC

*/s/ Craig G. Kunkes*
Craig G. Kunkes
Georgia Bar No. 963594
Michael D. Forrest
Georgia Bar No. 974300
500 14th Street, NW
Atlanta, Georgia 30318
Phone: (678) 701-9381
Fax: (404) 856-3255
ckunkes@robbinsfirm.com
mforrest@robbinsfirm.com

DAVIS WRIGHT TREMAINE LLP

Bonnie E. MacNaughton (*pro hac vice*

3

*forthcoming*)
Jaime Drozd (*pro hac vice forthcoming*)
David Nordlinger (*pro hac vice forthcoming*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
bonniemacnaughton@dwt.com
jaimedrozd@dwt.com
davidnordlinger@dwt.com

*Attorneys for Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc.*