IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., et al,<br><br>    Plaintiffs,<br><br>  v.<br>DIGITAL HOME SOLUTIONS, LLC, et al,<br><br>    Defendants. | 1:23-cv-5175-AT |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 21st day of November, 2023.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**