UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al.,<br><br>Plaintiff(s),<br>Vs.<br><br>DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; et al.,<br><br>Defendant(s). | NO. 1:23-cv-5175<br><br>AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT. |

STATE OF GEORGIA )
                 ) ss.
COUNTY OF CHEROKEE )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Georgia, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 11:51 A.M. on November 15th, 2023, at 4107 Timbercreek Circle, Roswell, Georgia, I duly served the above-described documents in the above-described matter upon Digital Home Solutions, LLC, by then and there personally delivering a true and correct copy thereof by leaving the same with Joti Applee Dhillon, its Registered Agent, being a Hispanic female, approximately 50 years old, 5'5, 150lbs, and with black hair, who stated that she was authorized to accept.

_____
KRISTA MEADOWS

Service Fees:
Travel:            SUBSCRIBED AND SWORN to before me on: 11/16/23
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:       NOTARY PUBLIC in and for the State
Wait:              of Georgia residing at: _____
                   My commission expires: _____

TOTAL  $(see invoice)

[Notary Seal: FRANK JAMES, COMMISSION EXPIRES JANUARY 09 2025, CHEROKEE COUNTY, GA, NOTARY PUBLIC]