UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; et al., | NO. 1:23-cv-5175 |
| Plaintiff(s), | AFFIDAVIT OF SERVICE OF: SUMMONS IN A CIVIL ACTION; COMPLAINT. |
| Vs. | |
| DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; et al., | |
| Defendant(s). | |

STATE OF GEORGIA ) 
) ss.
COUNTY OF CHEROKEE )

The undersigned, being first duly sworn, on oath states:

That I am now, and at all times herein mentioned, was a citizen of the United States and a resident of the State of Georgia, over the age of 18 years, not a party to or interested in the above entitled action, and am competent to be a witness therein.

That at 11:51 A.M. on November 15th, 2023, at 4107 Timbercreek Circle, Roswell, Georgia, I duly served the above-described documents in the above-described matter upon Joti Applee Dhillon, by then and there personally delivering a true and correct copy thereof by leaving the same with Joti Applee Dhillon, personally, being a Hispanic female, approximately 50 years old, 5'5, 150lbs, and with black hair.

KRISTA MEADOWS

SUBSCRIBED AND SWORN to before me on: 11/16/23

NOTARY PUBLIC in and for the State of Georgia residing at: _____.
My commission expires: _____.

Service Fees:
Ferry tolls:
Travel:
SSA:
Trace:
Bad Address:
Aff./Notary Fee:
Special Fee:
Wait:

TOTAL   $(see invoice)