**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; JOTI APPLEE DHILLON, an individual; and DOES 1-50, unknown individuals and entities,<br><br>Defendants. | Civil Action No.: 1:23-cv-5175-ELR |

**CONSENT MOTION TO STAY OR EXTEND TIME
FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Digital Home Solutions LLC and Joti Applee Dhillon (collectively, "Defendants") move the Court to extend the time in which Defendants may timely answer, move, counterclaim, or otherwise plead in response to Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and Amazon Technologies, Inc.'s (collectively, "Plaintiffs" or "Amazon") Complaint, up to and including January 17, 2024.

Counsel for the parties have conferred and Plaintiffs consent to this request for an extension.

Accordingly, Defendants request that the Court enter an order extending the deadline to respond to the Complaint through and including January 17, 2024.

Respectfully submitted this 5th day of December, 2023.

| DAVIS WRIGHT TREMAINE LLP | LEXERO LLC |
|---|---|
| */s/ Bonnie E. MacNaughton* <br> Bonnie E. MacNaughton* <br> Jaime Drozd* <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Phone: (206) 622-3150 <br> Fax: (206) 757-7700 <br> bonniemacnaughton@dwt.com <br> jaimedrozd@dwt.com <br><br> *pro hac vice* | */s/ Eric Menhart* (with express permission) <br> Eric Menhart* <br> 512 C. St. NE <br> Washington, DC 20002 <br> Phone: (855) 453-9376 <br> Fax: (855) 453-9376 <br> eric.menhart@lexero.com <br><br> *pro hac vice forthcoming* <br><br> *Attorney for Defendants* |

ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC

*/s/ Craig G. Kunkes*
Craig G. Kunkes
Georgia Bar No. 963594
Michael D. Forrest
Georgia Bar No. 974300
500 14th Street, NW
Atlanta, Georgia 30318
Phone: (678) 701-9381
ckunkes@robbinsfirm.com
mforrest@robbinsfirm.com

*Attorneys for Plaintiffs*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).  Specifically, this Motion has been prepared using 14-pt Times New Roman Font.

*/s/ Craig G. Kunkes*
Craig G. Kunkes
Georgia Bar No. 963594

# **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing **CONSENT MOTION TO STAY OR EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to counsel of record.

This 5th day of December, 2023.

*/s/ Craig G. Kunkes*
Craig G. Kunkes