# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; JOTI APPLEE DHILLON, an individual; and DOES 1-50, unknown individuals and entities,<br><br>    Defendants. | Civil Action No.: 1:23-cv-5175-ELR |

### THIRD CONSENT MOTION TO STAY OR EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Digital Home Solutions LLC and Joti Applee Dhillon (collectively, "Defendants") move the Court to extend the time in which Defendants may timely answer, move, counterclaim, or otherwise plead in response to Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's, and Amazon Technologies, Inc.'s (collectively, "Plaintiffs" or "Amazon") Complaint, up to and including April 30, 2024.

Counsel for the parties have conferred and Plaintiffs consent to this request for an extension.

Accordingly, Defendants request that the Court enter an order extending the deadline to respond to the Complaint through and including April 30, 2024.

Respectfully submitted this 29th day of February, 2024.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP | LEXERO LLC |
| /s/ Bonnie E. MacNaughton<br>(with express permission)<br>Bonnie E. MacNaughton*<br>Jaime Drozd*<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>Phone: (206) 622-3150<br>Fax: (206) 757-7700<br>bonniemacnaughton@dwt.com<br>jaimedrozd@dwt.com | /s/ Eric Menhart<br>(with express permission)<br>Eric Menhart*<br>512 C. St. NE<br>Washington, DC 20002<br>Phone: (855) 453-9376<br>Fax: (855) 453-9376<br>eric.menhart@lexero.com |
| *pro hac vice | *pro hac vice forthcoming |
| | Attorney for Defendants |
| ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC | |
| /s/ Craig G. Kunkes<br>Craig G. Kunkes<br>Georgia Bar No. 963594<br>Michael D. Forrest<br>Georgia Bar No. 974300<br>500 14th Street, NW<br>Atlanta, Georgia 30318<br>Phone: (678) 701-9381<br>ckunkes@robbinsfirm.com<br>mforrest@robbinsfirm.com | |
| Attorneys for Plaintiffs | |

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Motion has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Motion has been prepared using 14-pt Times New Roman Font.

*/s/ Craig G. Kunkes*
Craig G. Kunkes
Georgia Bar No. 963594

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing **THIRD CONSENT MOTION TO STAY OR EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to counsel of record.

This 29th day of February, 2024.

*/s/ Craig G. Kunkes*
Craig G. Kunkes