## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada Corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; JOTI APPLEE DHILLON, an individual; and DOES 1-50, unknown individuals and entities,<br><br>           Defendants. | Civil Action No.: 1:23-cv-5175-ELR |

## [PROPOSED] ORDER GRANTING THE THIRD CONSENT MOTION TO EXTEND TIME IN WHICH DEFENDANTS DIGITAL HOME SOLUTIONS LLC AND JOTI APPLEE DHILLON MAY TIMELY ANSWER, MOVE, COUNTERCLAIM, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' COMPLAINT

This matter is before the Court on the Consent Motion to Extend Time for Defendants Digital Home Solutions LLC and Joti Applee Dhillon (collectively, the "Moving Defendants") to Answer, Move, Counterclaim, or Otherwise Plead in Response to Plaintiffs' Complaint.  For good cause shown, this Motion is GRANTED.

Accordingly, it is hereby ORDERED that the time in which the Moving Defendants may answer, move, counterclaim, or otherwise plead in response to Plaintiffs' Complaint shall be extended through and including April 30, 2024.

SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Eleanor L. Ross
United States District Court,
Northern District of Georgia

Consented to by:

/s/ Craig G. Kunkes
Craig G. Kunkes
Georgia Bar No. 963594
ckunkes@robbinsfirm.com
Michael D. Forrest
Georgia Bar No. 974300
mforrest@robbinsfirm.com
Robbins Ross Alloy Belinfante
     Littlefield LLC
500 14th Street, NW
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile:  (404) 856-3250

/s/ Bonnie E. MacNaughton
(with express permission)
Bonnie E. MacNaughton*
bonniemacnaughton@dwt.com
Jaime Drozd*
jaimedrozd@dwt.com
Davis Wright Tremaine LLP

/s/ Eric Menhart
(with express permission)
Eric Menhart*
eric.menhart@lexero.com
Lexero LLC
512 C. St. NE
Washington, DC 20002
Telephone: (855) 453-9376
Facsimile:  (855) 453-9376
*pro hac vice pending

Attorney for Defendants

920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: (206) 622-3150
Facsimile:  (206) 757-7700
*pro hac vice*

*Attorneys for Plaintiffs*