IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMAZON.COM, INC., a Delaware corporation, et al., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | 1:23-CV-05175-ELR |
| DIGITAL HOME SOLUTIONS LLC, a Georgia Corporation, et al., | * * * | |
| Defendants. | * * | |

_____

**O R D E R**

_____

On March 5, 2024, the Court Ordered Plaintiffs Amazon.com, Inc; Amazon.com Services LLC; and Amazon Technologies Inc. to file a notice on the docket showing cause as to why their claims against Defendants should not be dismissed for failure to prosecute. [Doc. 20]. On March 12, 2024, Plaintiffs filed a response to that Order, by which they represent that "Plaintiffs and Defendants signed a settlement agreement on March 11, 2024" and "respectfully request the Court provide the parties ten calendar days, until March 22, 2024, to file agreed-upon orders and a joint motion for dismissal." [Doc. 21 ¶¶ 3–4].

Accordingly, the Court **DIRECTS** the Parties to, on or before March 22, 2024, either (1) file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii) or (2) jointly file a notice with the Court regarding the status of this case.[1]  Because Plaintiffs have advised the Court that they are in the process of consummating a settlement with Defendants, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[2]  The Court **DIRECTS** the Clerk to resubmit this matter to the undersigned on March 25, 2024.

**SO ORDERED**, this 13th day of March, 2024.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] Alternatively, Plaintiffs may file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

[2] The Court notes that administrative closure will not prejudice the rights of any Party to this litigation.  A Party need only file a motion to reopen the case if it so chooses.