IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES, INC., a Nevada Corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>DIGITAL HOME SOLUTIONS LLC, a Georgia corporation; JOTI APPLEE DHILLON, an individual; and DOES 1-50, unknown individuals and entities,<br><br>      Defendants. | Civil Action No.: 1:23-cv-5175-ELR<br><br>JOINT MOTION TO DISMISS REMAINING CLAIMS WITH PREJUDICE |

**JOINT MOTION TO DISMISS REMAINING CLAIMS WITH PREJUDICE**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc., and Defendants Digital Home Solutions LLC and Joti Applee Dhillon, by and through their respective counsel of record, hereby move the Court to dismiss the remaining claims with prejudice:

1. The Court has previously entered a Permanent Injunction enjoining Defendants Digital Home Solutions LLC and Joti Applee Dhillon from engaging in certain conduct that infringes upon Plaintiffs' trademarks.

1

2. Pursuant to Fed. R. Civ. P. 41(a)(2), this action and all claims in this action are hereby dismissed with prejudice and without fees or costs to either side.

3. The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the parties' Settlement Agreement and Permanent Injunction.

Respectfully submitted this 22nd day of March, 2024.

DAVIS WRIGHT TREMAINE LLP

/s/ Jaime Drozd
Bonnie E. MacNaughton*
Jaime Drozd*
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Phone: (206) 622-3150
Fax: (206) 757-7700
bonniemacnaughton@dwt.com
jaimedrozd@dwt.com

*pro hac vice

ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC

/s/ Craig G. Kunkes
Craig G. Kunkes
Georgia Bar No. 963594
Michael D. Forrest
Georgia Bar No. 974300
500 14th Street, NW
Atlanta, Georgia 30318
Phone: (678) 701-9381
ckunkes@robbinsfirm.com
mforrest@robbinsfirm.com

*Attorneys for Plaintiffs*

LEXERO LLC

/s/ Eric Menhart
(*with express permission*)
Eric Menhart*
512 C. St. NE
Washington, DC 20002
Phone: (855) 453-9376
Fax: (855) 453-9376
eric.menhart@lexero.com

*pro hac vice forthcoming*

*Attorney for Defendants*

2

## ORDER

IT IS SO ORDERED.

DATED THIS \_\_\_\_ day of _____, 2024.

_____
The Honorable Eleanor L. Ross
United State District Court,
Northern District of Georgia